# EXHIBIT 1



# O*NET OnLine



Updated 2021

Bright Outlook

# Details Report for:
## 35-3031.00 - Waiters and Waitresses

Take orders and serve food and beverages to patrons at tables in dining establishment.

**Sample of reported job titles:** Banquet Server, Buffet Server, Cocktail Server, Food Runner, Food Server, Restaurant Server, Server, Waiter, Waitress, Waitstaff

| View report: | Summary | Details | Custom | Easy Read | Veterans | Español |
|---|---|---|---|---|---|---|

Tasks | Technology Skills | Tools Used | Knowledge | Skills | Abilities | Work Activities | Detailed Work Activities | Work Context | Job Zone | Education
Credentials | Interests | Work Styles | Work Values | Related Occupations | Wages & Employment | Job Openings | Additional Information

## Tasks   Save Table (XLS/CSV)

All 25 displayed (25 important)

| Importance | Category | Task |
|---|---|---|
| 94 | Core | Take orders from patrons for food or beverages. |
| 94 | Core | Check with customers to ensure that they are enjoying their meals and take action to correct any problems. |
| 93 | Core | Check patrons' identification to ensure that they meet minimum age requirements for consumption of alcoholic beverages. |
| 91 | Core | Collect payments from customers. |
| 90 | Core | Write patrons' food orders on order slips, memorize orders, or enter orders into computers for transmittal to kitchen staff. |
| 89 | Core | Prepare checks that itemize and total meal costs and sales taxes. |
| 89 | Core | Present menus to patrons and answer questions about menu items, making recommendations upon request. |
| 88 | Core | Remove dishes and glasses from tables or counters and take them to kitchen for cleaning. |
| 87 | Core | Serve food or beverages to patrons, and prepare or serve specialty dishes at tables as required. |
| 86 | Core | Clean tables or counters after patrons have finished dining. |
| 86 | Core | Prepare tables for meals, including setting up items such as linens, silverware, and glassware. |
| 85 | Core | Explain how various menu items are prepared, describing ingredients and cooking methods. |
| 85 | Core | Assist host or hostess by answering phones to take reservations or to-go orders, and by greeting, seating, and thanking guests. |
| 84 | Core | Escort customers to their tables. |
| 84 | Core | Perform cleaning duties, such as sweeping and mopping floors, vacuuming carpet, tidying up server station, taking out trash, or checking and cleaning bathroom. |
| 82 | Core | Inform customers of daily specials. |
| 81 | Core | Prepare hot, cold, and mixed drinks for patrons, and chill bottles of wine. |
| 81 | Core | Roll silverware, set up food stations, or set up dining areas to prepare for the next shift or |

| | | | |
|---|---|---|---|
| | | | for large parties. |
| 80 | | Core ⊕ | Stock service areas with supplies such as coffee, food, tableware, and linens. |
| 80 | | Core ⊕ | Bring wine selections to tables with appropriate glasses, and pour the wines for customers. |
| 78 | | Core ⊕ | Fill salt, pepper, sugar, cream, condiment, and napkin containers. |
| 78 | | Core ⊕ | Describe and recommend wines to customers. |
| 78 | | Core ⊕ | Perform food preparation duties such as preparing salads, appetizers, and cold dishes, portioning desserts, and brewing coffee. |
| 51 | | Core ⊕ | Provide guests with information about local areas, including giving directions. |
| 76 | | Supplemental ⊕ | Garnish and decorate dishes in preparation for serving. |

[Find occupations related to multiple tasks](#)

[back to top](#)

## Technology Skills    Save Table ([XLS](#)/[CSV](#))

All 3 displayed

- ⊕ **Instant messaging software** — Blink
- ⊕ **Point of sale POS software** — Compris Advanced Manager's Workstation; Hospitality Control Solutions Aloha Point-of-Sale; Intuit QuickBooks Point of Sale; NCR Advanced Checkout Solution *(see all 8 examples)*
- ⊕ **Web page creation and editing software** — Facebook 🔥

🔥 Hot Technology — a technology requirement frequently included in employer job postings.

[back to top](#)

## Tools Used    Save Table ([XLS](#)/[CSV](#))

All 9 displayed

- ⊕ **Bar code reader equipment** — Portable bar code scanners
- ⊕ **Cash registers**
- ⊕ **Commercial use cutlery** — Carving knives
- ⊕ **Magnetic stripe readers and encoders** — Credit card processing machines
- ⊕ **Paging controllers** — Alphanumeric paging equipment
- ⊕ **Personal digital assistant PDAs or organizers** — Personal digital assistants PDA
- ⊕ **Point of sale POS receipt printers** — Point of sale POS printers
- ⊕ **Point of sale POS terminal** — Point of sale POS terminals; Point of service workstations
- ⊕ **Touch screen monitors**

[back to top](#)

## Knowledge    Save Table ([XLS](#)/[CSV](#))

10 of 33 displayed (4 important)

| Importance | Knowledge |
|---|---|
| 84 | ⊕ **Customer and Personal Service** — Knowledge of principles and processes for providing customer and personal services. This includes customer needs assessment, meeting quality standards for services, and evaluation of customer satisfaction. |
| 69 | ⊕ **English Language** — Knowledge of the structure and content of the English language including the meaning and spelling of words, rules of composition, and grammar. |
| 62 | ⊕ **Sales and Marketing** — Knowledge of principles and methods for showing, promoting, and selling products or services. This includes marketing strategy and tactics, product demonstration, sales |

| Importance | | |
|---|---|---|
| 56 | **Food Production** | Knowledge of techniques and equipment for planting, growing, and harvesting food products (both plant and animal) for consumption, including storage/handling techniques. |
| 48 | **Administration and Management** | Knowledge of business and management principles involved in strategic planning, resource allocation, human resources modeling, leadership technique, production methods, and coordination of people and resources. |
| 42 | **Mathematics** | Knowledge of arithmetic, algebra, geometry, calculus, statistics, and their applications. |
| 40 | **Personnel and Human Resources** | Knowledge of principles and procedures for personnel recruitment, selection, training, compensation and benefits, labor relations and negotiation, and personnel information systems. |
| 38 | **Psychology** | Knowledge of human behavior and performance; individual differences in ability, personality, and interests; learning and motivation; psychological research methods; and the assessment and treatment of behavioral and affective disorders. |
| 37 | **Computers and Electronics** | Knowledge of circuit boards, processors, chips, electronic equipment, and computer hardware and software, including applications and programming. |
| 37 | **Education and Training** | Knowledge of principles and methods for curriculum and training design, teaching and instruction for individuals and groups, and the measurement of training effects. |

[back to top](#)

## Skills    Save Table (XLS/CSV)

10 of 35 displayed (6 important)

| Importance | Skill | |
|---|---|---|
| 69 | **Active Listening** | Giving full attention to what other people are saying, taking time to understand the points being made, asking questions as appropriate, and not interrupting at inappropriate times. |
| 66 | **Service Orientation** | Actively looking for ways to help people. |
| 66 | **Speaking** | Talking to others to convey information effectively. |
| 63 | **Social Perceptiveness** | Being aware of others' reactions and understanding why they react as they do. |
| 53 | **Coordination** | Adjusting actions in relation to others' actions. |
| 50 | **Monitoring** | Monitoring/Assessing performance of yourself, other individuals, or organizations to make improvements or take corrective action. |
| 47 | **Active Learning** | Understanding the implications of new information for both current and future problem-solving and decision-making. |
| 47 | **Complex Problem Solving** | Identifying complex problems and reviewing related information to develop and evaluate options and implement solutions. |
| 47 | **Critical Thinking** | Using logic and reasoning to identify the strengths and weaknesses of alternative solutions, conclusions, or approaches to problems. |
| 47 | **Judgment and Decision Making** | Considering the relative costs and benefits of potential actions to choose the most appropriate one. |

[back to top](#)

## Abilities    Save Table (XLS/CSV)

10 of 52 displayed (12 important)

| Importance | Ability | |
|---|---|---|
| 72 | **Oral Comprehension** | The ability to listen to and understand information and ideas presented through spoken words and sentences. |
| 72 | **Oral Expression** | The ability to communicate information and ideas in speaking so others will |

understand.

- **66** — **Speech Clarity** — The ability to speak clearly so others can understand you.
- **66** — **Speech Recognition** — The ability to identify and understand the speech of another person.
- **53** — **Near Vision** — The ability to see details at close range (within a few feet of the observer).
- **53** — **Time Sharing** — The ability to shift back and forth between two or more activities or sources of information (such as speech, sounds, touch, or other sources).
- **50** — **Arm-Hand Steadiness** — The ability to keep your hand and arm steady while moving your arm or while holding your arm and hand in one position.
- **50** — **Deductive Reasoning** — The ability to apply general rules to specific problems to produce answers that make sense.
- **50** — **Problem Sensitivity** — The ability to tell when something is wrong or is likely to go wrong. It does not involve solving the problem, only recognizing that there is a problem.
- **50** — **Selective Attention** — The ability to concentrate on a task over a period of time without being distracted.

[back to top]

## Work Activities    Save Table (XLS/CSV)

10 of 41 displayed (17 important)

| Importance | Work Activity |
|---|---|
| 77 | **Getting Information** — Observing, receiving, and otherwise obtaining information from all relevant sources. |
| 75 | **Performing for or Working Directly with the Public** — Performing for people or dealing directly with the public. This includes serving customers in restaurants and stores, and receiving clients or guests. |
| 72 | **Communicating with Supervisors, Peers, or Subordinates** — Providing information to supervisors, co-workers, and subordinates by telephone, in written form, e-mail, or in person. |
| 68 | **Establishing and Maintaining Interpersonal Relationships** — Developing constructive and cooperative working relationships with others, and maintaining them over time. |
| 66 | **Resolving Conflicts and Negotiating with Others** — Handling complaints, settling disputes, and resolving grievances and conflicts, or otherwise negotiating with others. |
| 64 | **Monitoring Processes, Materials, or Surroundings** — Monitoring and reviewing information from materials, events, or the environment, to detect or assess problems. |
| 62 | **Assisting and Caring for Others** — Providing personal assistance, medical attention, emotional support, or other personal care to others such as coworkers, customers, or patients. |
| 62 | **Handling and Moving Objects** — Using hands and arms in handling, installing, positioning, and moving materials, and manipulating things. |
| 62 | **Identifying Objects, Actions, and Events** — Identifying information by categorizing, estimating, recognizing differences or similarities, and detecting changes in circumstances or events. |
| 60 | **Performing General Physical Activities** — Performing physical activities that require considerable use of your arms and legs and moving your whole body, such as climbing, lifting, balancing, walking, stooping, and handling materials. |

[back to top]

## Detailed Work Activities    Save Table (XLS/CSV)

All 19 displayed

- Take customer orders.
- Communicate with customers to resolve complaints or ensure satisfaction.
- Enforce rules or regulations.

- ⊕ Process customer bills or payments.
- ⊕ Communicate dining or order details to kitchen personnel.
- ⊕ Present food or beverage information or menus to customers.
- ⊕ Collect dirty dishes or other tableware.
- ⊕ Serve food or beverages.
- ⊕ Cook foods.
- ⊕ Arrange tables or dining areas.
- ⊕ Clean food service areas.
- ⊕ Assist customers with seating arrangements.
- ⊕ Schedule dining reservations.
- ⊕ Clean food preparation areas, facilities, or equipment.
- ⊕ Prepare hot or cold beverages.
- ⊕ Stock serving stations or dining areas with food or supplies.
- ⊕ Prepare foods for cooking or serving.
- ⊕ Add garnishes to food.
- ⊕ Provide customers with general information or assistance.

Find occupations related to multiple detailed work activities

back to top

## Work Context   Save Table (XLS/CSV)

10 of 57 displayed

| Work Context | Percentage of Top Responses |
|---|---|
| ⊕ **Contact With Others** — How much does this job require the worker to be in contact with others (face-to-face, by telephone, or otherwise) in order to perform it? | 89 Constant contact with others |
| ⊕ **Spend Time Walking and Running** — How much does this job require walking and running? | 82 Continually or almost continually<br>11 More than half the time |
| ⊕ **Spend Time Standing** — How much does this job require standing? | 79 Continually or almost continually<br>13 More than half the time |
| ⊕ **Indoors, Environmentally Controlled** — How often does this job require working indoors in environmentally controlled conditions? | 73 Every day<br>13 Never |
| ⊕ **Physical Proximity** — To what extent does this job require the worker to perform job tasks in close physical proximity to other people? | 34 Very close (near touching)<br>51 Moderately close (at arm's length) |
| ⊕ **Face-to-Face Discussions** — How often do you have to have face-to-face discussions with individuals or teams in this job? | 64 Every day<br>19 Once a year or more but not every month |
| ⊕ **Importance of Being Exact or Accurate** — How important is being very exact or highly accurate in performing this job? | 40 Extremely important<br>30 Very important<br>24 Important |
| ⊕ **Work With Work Group or Team** — How important is it to work with others in a group or team in this job? | 39 Extremely important<br>38 Very important<br>15 Fairly important |
| ⊕ **Deal With External Customers** — How important is it to | 55 Extremely important<br>11 Very important |

work with external customers or the public in this job?

| 13 | Important |
| 14 | Not important at all |

- **Spend Time Making Repetitive Motions** — How much does this job require making repetitive motions?

| 39 | Continually or almost continually |
| 27 | More than half the time |
| 24 | About half the time |

[back to top](#)

## Job Zone   Save Table (XLS/CSV)

| | |
|---:|---|
| **Title** | Job Zone Two: Some Preparation Needed |
| **Education** | These occupations usually require a high school diploma. |
| **Related Experience** | Some previous work-related skill, knowledge, or experience is usually needed. For example, a teller would benefit from experience working directly with the public. |
| **Job Training** | Employees in these occupations need anywhere from a few months to one year of working with experienced employees. A recognized apprenticeship program may be associated with these occupations. |
| **Job Zone Examples** | These occupations often involve using your knowledge and skills to help others. Examples include orderlies, counter and rental clerks, customer service representatives, security guards, upholsterers, and tellers. |
| **SVP Range** | (4.0 to < 6.0) |

[back to top](#)

## Education

| Percentage of Respondents | Education Level Required |
|---|---|
| 57 | High school diploma or equivalent |
| 28 | Less than high school diploma |
| 7 | Bachelor's degree |

[back to top](#)

## Credentials



[back to top](#)

## Interests   Save Table (XLS/CSV)

All 6 displayed (4 important)

| Occupational Interest | Interest |
|---|---|
| 78 | **Social** — Social occupations frequently involve working with, communicating with, and teaching people. These occupations often involve helping or providing service to others. |
| 72 | **Enterprising** — Enterprising occupations frequently involve starting up and carrying out projects. These occupations can involve leading people and making many decisions. Sometimes they require risk taking and often deal with business. |
| 67 | **Conventional** — Conventional occupations frequently involve following set procedures and routines. These occupations can include working with data and details more than with ideas. Usually there is a clear line of authority to follow. |
| 56 | **Realistic** — Realistic occupations frequently involve work activities that include practical, hands-on |

problems and solutions. They often deal with plants, animals, and real-world materials like wood, tools, and machinery. Many of the occupations require working outside, and do not involve a lot of paperwork or working closely with others.

22  **Artistic** — Artistic occupations frequently involve working with forms, designs and patterns. They often require self-expression and the work can be done without following a clear set of rules.

0  **Investigative** — Investigative occupations frequently involve working with ideas, and require an extensive amount of thinking. These occupations can involve searching for facts and figuring out problems mentally.

back to top

## Work Styles     Save Table (XLS/CSV)

10 of 16 displayed (14 important)

| Importance | Work Style |
|---|---|
| 81 | **Dependability** — Job requires being reliable, responsible, and dependable, and fulfilling obligations. |
| 80 | **Attention to Detail** — Job requires being careful about detail and thorough in completing work tasks. |
| 80 | **Self-Control** — Job requires maintaining composure, keeping emotions in check, controlling anger, and avoiding aggressive behavior, even in very difficult situations. |
| 78 | **Cooperation** — Job requires being pleasant with others on the job and displaying a good-natured, cooperative attitude. |
| 78 | **Stress Tolerance** — Job requires accepting criticism and dealing calmly and effectively with high-stress situations. |
| 77 | **Social Orientation** — Job requires preferring to work with others rather than alone, and being personally connected with others on the job. |
| 74 | **Adaptability/Flexibility** — Job requires being open to change (positive or negative) and to considerable variety in the workplace. |
| 74 | **Concern for Others** — Job requires being sensitive to others' needs and feelings and being understanding and helpful on the job. |
| 73 | **Initiative** — Job requires a willingness to take on responsibilities and challenges. |
| 73 | **Integrity** — Job requires being honest and ethical. |

back to top

## Work Values     Save Table (XLS/CSV)

All 6 displayed (1 important)

| Extent | Work Value |
|---|---|
| 83 | **Relationships** — Occupations that satisfy this work value allow employees to provide service to others and work with co-workers in a friendly non-competitive environment. Corresponding needs are Co-workers, Moral Values and Social Service. |
| 39 | **Support** — Occupations that satisfy this work value offer supportive management that stands behind employees. Corresponding needs are Company Policies, Supervision: Human Relations and Supervision: Technical. |
| 22 | **Achievement** — Occupations that satisfy this work value are results oriented and allow employees to use their strongest abilities, giving them a feeling of accomplishment. Corresponding needs are Ability Utilization and Achievement. |
| 22 | **Independence** — Occupations that satisfy this work value allow employees to work on their own and make decisions. Corresponding needs are Creativity, Responsibility and Autonomy. |
| 17 | **Recognition** — Occupations that satisfy this work value offer advancement, potential for leadership, and are often considered prestigious. Corresponding needs are Advancement, Authority, Recognition and Social Status. |
| 17 | **Working Conditions** — Occupations that satisfy this work value offer job security and good working |

conditions. Corresponding needs are Activity, Compensation, Independence, Security, Variety and Working Conditions.

back to top

### Related Occupations   Save Table (XLS/CSV)

All 9 displayed

| | | |
|---|---|---|
| 35-2011.00 | Cooks, Fast Food | |
| 35-2021.00 | Food Preparation Workers | ☀ |
| 35-3023.00 | Fast Food and Counter Workers | ☀ |
| 35-3041.00 | Food Servers, Nonrestaurant | ☀ |
| 35-9011.00 | Dining Room and Cafeteria Attendants and Bartender Helpers | ☀ |
| 35-9031.00 | Hosts and Hostesses, Restaurant, Lounge, and Coffee Shop | ☀ Bright Outlook |
| 39-3031.00 | Ushers, Lobby Attendants, and Ticket Takers | ☀ |
| 41-2011.00 | Cashiers | ☀ |
| 53-7065.00 | Stockers and Order Fillers | ☀ |

back to top

### Wages & Employment Trends

**Median wages (2020)**  $11.42 hourly, $23,740 annual

**State wages**  [Select a State] [Go]

**Local wages**  ZIP Code: [     ] [Go]

**Employment (2020)**  2,023,200 employees

**Projected growth (2020-2030)**  ▪▪▪▪ Much faster than average (15% or higher)

**Projected job openings (2020-2030)**  470,200

**State trends**  [Select a State] [Go]

**Top industries (2020)**  Accommodation and Food Services (92% employed in this sector)

(see all industries)

Source: Bureau of Labor Statistics 2020 wage data ⤤ and 2020-2030 employment projections ⤤. "Projected growth" represents the estimated change in total employment over the projections period (2020-2030). "Projected job openings" represent openings due to growth and replacement.

back to top

### Job Openings on the Web



back to top

### Sources of Additional Information

All 6 displayed

**Disclaimer:** Sources are listed to provide additional information on related jobs, specialties, and/or industries. Links to non-DOL Internet sites are provided for your convenience and do not constitute an endorsement.

- Court of Master Sommeliers ⤤
- Federation of Dining Room Professionals ⤤

- International Council on Hotel, Restaurant, and Institutional Education
- National Restaurant Association
- Occupational Outlook Handbook: Waiters and waitresses
- UNITE HERE

back to top