# EXHIBIT 2



# O*NET OnLine



Updated 2021

Bright Outlook

## Details Report for:
### 35-3011.00 - Bartenders

Mix and serve drinks to patrons, directly or through waitstaff.

**Sample of reported job titles:** Banquet Bartender, Bar Captain, Bartender, Mixologist

| View report: | Summary | Details | Custom | Easy Read | Veterans | Español |

Tasks | Technology Skills | Tools Used | Knowledge | Skills | Abilities | Work Activities | Detailed Work Activities | Work Context | Job Zone | Education | Credentials | Interests | Work Styles | Work Values | Related Occupations | Wages & Employment | Job Openings | Additional Information

## Tasks   Save Table (XLS/CSV)

All 20 displayed (20 important)

| Importance | Category | Task |
|---|---|---|
| 95 | Core | Clean glasses, utensils, and bar equipment. |
| 95 | Core | Collect money for drinks served. |
| 94 | Core | Balance cash receipts. |
| 94 | Core | Check identification of customers to verify age requirements for purchase of alcohol. |
| 92 | Core | Clean bars, work areas, and tables. |
| 91 | Core | Attempt to limit problems and liability related to customers' excessive drinking by taking steps such as persuading customers to stop drinking, or ordering taxis or other transportation for intoxicated patrons. |
| 90 | Core | Take beverage orders from serving staff or directly from patrons. |
| 89 | Core | Serve wine, and bottled or draft beer. |
| 87 | Core | Plan, organize, and control the operations of a cocktail lounge or bar. |
| 87 | Core | Stock bar with beer, wine, liquor, and related supplies such as ice, glassware, napkins, or straws. |
| 85 | Core | Serve snacks or food items to customers seated at the bar. |
| 83 | Core | Mix ingredients, such as liquor, soda, water, sugar, and bitters, to prepare cocktails and other drinks. |
| 76 | Core | Slice and pit fruit for garnishing drinks. |
| 71 | Core | Ask customers who become loud and obnoxious to leave, or physically remove them. |
| 70 | Core | Arrange bottles and glasses to make attractive displays. |
| 61 | Core | Create drink recipes. |
| 85 | Supplemental | Supervise the work of bar staff and other bartenders. |
| 78 | Supplemental | Order or requisition liquors and supplies. |
| 66 | Supplemental | Plan bar menus. |
| 53 | Supplemental | Prepare appetizers such as pickles, cheese, and cold meats. |

Find occupations related to multiple tasks

back to top

## Technology Skills    Save Table (XLS/CSV)

All 4 displayed

- **Data base user interface and query software** — AZZ CardFile
- **Internet browser software** — Web browser software
- **Point of sale POS software** — Focus point of sale POS software; Intuit QuickBooks Point of Sale; NCR NeighborhoodPOS; The General Store (see all 7 examples)
- **Web page creation and editing software** — Facebook 🔥

🔥 Hot Technology — a technology requirement frequently included in employer job postings.

back to top

## Tools Used    Save Table (XLS/CSV)

10 of 22 displayed

- **Carbonated beverage dispenser** — Draught foam control devices; Electronic beer line maintenance equipment; Refrigerated liquid recirculation systems; Soda dispensers (see all 5 examples)
- **Cocktail shakers or accessories** — 3-piece cocktail shakers; 4-piece cocktail shakers; Pour spouts; Spirit measures (see all 10 examples)
- **Commercial use blenders** — Blenders; Mojito machines
- **Commercial use cutlery** — Fruit knives; Lime slicers; Olive stuffers
- **Commercial use dishwashers** — Glass washers; Upright glass washers
- **Commercial use juicers** — Lime squeezers; Professional juicers
- **Commercial use strainers** — 4-prong strainers; Cocktail strainers; Hawthorn strainers; Julep strainers (see all 5 examples)
- **Ice shaver machines or accessories** — Ice chippers; Ice crushers; Ice flakers
- **Non carbonated beverage dispenser** — Beverage machines
- **Point of sale POS terminal** — Point of sale POS terminals; Point of service workstations

back to top

## Knowledge    Save Table (XLS/CSV)

10 of 33 displayed (6 important)

| Importance | Knowledge |
|---|---|
| 86 | **Customer and Personal Service** — Knowledge of principles and processes for providing customer and personal services. This includes customer needs assessment, meeting quality standards for services, and evaluation of customer satisfaction. |
| 66 | **English Language** — Knowledge of the structure and content of the English language including the meaning and spelling of words, rules of composition, and grammar. |
| 54 | **Education and Training** — Knowledge of principles and methods for curriculum and training design, teaching and instruction for individuals and groups, and the measurement of training effects. |
| 54 | **Sales and Marketing** — Knowledge of principles and methods for showing, promoting, and selling products or services. This includes marketing strategy and tactics, product demonstration, sales techniques, and sales control systems. |
| 50 | **Administration and Management** — Knowledge of business and management principles involved in strategic planning, resource allocation, human resources modeling, leadership technique, production methods, and coordination of people and resources. |
| 50 | **Public Safety and Security** — Knowledge of relevant equipment, policies, procedures, and strategies to promote effective local, state, or national security operations for the protection of people, data, property, and institutions. |
| 49 | **Mathematics** — Knowledge of arithmetic, algebra, geometry, calculus, statistics, and their applications. |

| Importance | |
|---|---|
| 45 | ⊕ **Personnel and Human Resources** — Knowledge of principles and procedures for personnel recruitment, selection, training, compensation and benefits, labor relations and negotiation, and personnel information systems. |
| 42 | ⊕ **Law and Government** — Knowledge of laws, legal codes, court procedures, precedents, government regulations, executive orders, agency rules, and the democratic political process. |
| 37 | ⊕ **Food Production** — Knowledge of techniques and equipment for planting, growing, and harvesting food products (both plant and animal) for consumption, including storage/handling techniques. |

back to top

## Skills   Save Table (XLS/CSV)

➕➖  10 of 35 displayed (13 important)

| Importance | Skill |
|---|---|
| 69 | ⊕ **Active Listening** — Giving full attention to what other people are saying, taking time to understand the points being made, asking questions as appropriate, and not interrupting at inappropriate times. |
| 66 | ⊕ **Service Orientation** — Actively looking for ways to help people. |
| 56 | ⊕ **Social Perceptiveness** — Being aware of others' reactions and understanding why they react as they do. |
| 53 | ⊕ **Coordination** — Adjusting actions in relation to others' actions. |
| 53 | ⊕ **Critical Thinking** — Using logic and reasoning to identify the strengths and weaknesses of alternative solutions, conclusions, or approaches to problems. |
| 53 | ⊕ **Persuasion** — Persuading others to change their minds or behavior. |
| 53 | ⊕ **Speaking** — Talking to others to convey information effectively. |
| 50 | ⊕ **Active Learning** — Understanding the implications of new information for both current and future problem-solving and decision-making. |
| 50 | ⊕ **Complex Problem Solving** — Identifying complex problems and reviewing related information to develop and evaluate options and implement solutions. |
| 50 | ⊕ **Instructing** — Teaching others how to do something. |

back to top

## Abilities   Save Table (XLS/CSV)

➕➖  10 of 52 displayed (18 important)

| Importance | Ability |
|---|---|
| 72 | ⊕ **Oral Expression** — The ability to communicate information and ideas in speaking so others will understand. |
| 69 | ⊕ **Oral Comprehension** — The ability to listen to and understand information and ideas presented through spoken words and sentences. |
| 56 | ⊕ **Information Ordering** — The ability to arrange things or actions in a certain order or pattern according to a specific rule or set of rules (e.g., patterns of numbers, letters, words, pictures, mathematical operations). |
| 56 | ⊕ **Near Vision** — The ability to see details at close range (within a few feet of the observer). |
| 56 | ⊕ **Speech Recognition** — The ability to identify and understand the speech of another person. |
| 53 | ⊕ **Arm-Hand Steadiness** — The ability to keep your hand and arm steady while moving your arm or while holding your arm and hand in one position. |
| 53 | ⊕ **Manual Dexterity** — The ability to quickly move your hand, your hand together with your arm, or your two hands to grasp, manipulate, or assemble objects. |
| 53 | ⊕ **Speech Clarity** — The ability to speak clearly so others can understand you. |
| 50 | ⊕ **Auditory Attention** — The ability to focus on a single source of sound in the presence of other |

distracting sounds.

| 50 | **Deductive Reasoning** — The ability to apply general rules to specific problems to produce answers that make sense. |

back to top

## Work Activities    Save Table (XLS/CSV)

 10 of 41 displayed (28 important)

| Importance | Work Activity |
|---|---|
| 77 | **Performing for or Working Directly with the Public** — Performing for people or dealing directly with the public. This includes serving customers in restaurants and stores, and receiving clients or guests. |
| 75 | **Establishing and Maintaining Interpersonal Relationships** — Developing constructive and cooperative working relationships with others, and maintaining them over time. |
| 69 | **Estimating the Quantifiable Characteristics of Products, Events, or Information** — Estimating sizes, distances, and quantities; or determining time, costs, resources, or materials needed to perform a work activity. |
| 69 | **Getting Information** — Observing, receiving, and otherwise obtaining information from all relevant sources. |
| 67 | **Training and Teaching Others** — Identifying the educational needs of others, developing formal educational or training programs or classes, and teaching or instructing others. |
| 66 | **Handling and Moving Objects** — Using hands and arms in handling, installing, positioning, and moving materials, and manipulating things. |
| 66 | **Inspecting Equipment, Structures, or Materials** — Inspecting equipment, structures, or materials to identify the cause of errors or other problems or defects. |
| 65 | **Judging the Qualities of Objects, Services, or People** — Assessing the value, importance, or quality of things or people. |
| 64 | **Monitoring and Controlling Resources** — Monitoring and controlling resources and overseeing the spending of money. |
| 62 | **Communicating with Supervisors, Peers, or Subordinates** — Providing information to supervisors, co-workers, and subordinates by telephone, in written form, e-mail, or in person. |

back to top

## Detailed Work Activities    Save Table (XLS/CSV)

 All 18 displayed

- Clean tableware.
- Process customer bills or payments.
- Enforce rules or regulations.
- Balance receipts.
- Clean food service areas.
- Communicate with customers to resolve complaints or ensure satisfaction.
- Take customer orders.
- Serve food or beverages.
- Manage food service operations or parts of operations.
- Stock serving stations or dining areas with food or supplies.
- Coordinate activities of food service staff.
- Mix ingredients.
- Order materials, supplies, or equipment.
- Prepare foods for cooking or serving.

- Arrange tables or dining areas.
- Plan menu options.
- Create new recipes or food presentations.
- Cook foods.

[Find occupations related to multiple detailed work activities](#)

[back to top](#)

## Work Context    Save Table ([XLS](#)/[CSV](#))

 10 of 57 displayed

| Work Context | Percentage of Top Responses |
|---|---|
| **Contact With Others** — How much does this job require the worker to be in contact with others (face-to-face, by telephone, or otherwise) in order to perform it? | 92 Constant contact with others |
| **Spend Time Standing** — How much does this job require standing? | 79 Continually or almost continually<br>22 About half the time |
| **Deal With External Customers** — How important is it to work with external customers or the public in this job? | 56 Extremely important<br>33 Very important |
| **Face-to-Face Discussions** — How often do you have to have face-to-face discussions with individuals or teams in this job? | 62 Every day<br>17 Once a week or more but not every day |
| **Physical Proximity** — To what extent does this job require the worker to perform job tasks in close physical proximity to other people? | 37 Very close (near touching)<br>47 Moderately close (at arm's length)<br>12 Slightly close (e.g., shared office) |
| **Freedom to Make Decisions** — How much decision making freedom, without supervision, does the job offer? | 41 A lot of freedom<br>36 Some freedom<br>16 Very little freedom |
| **Indoors, Environmentally Controlled** — How often does this job require working indoors in environmentally controlled conditions? | 73 Every day<br>25 Never |
| **Deal With Unpleasant or Angry People** — How frequently does the worker have to deal with unpleasant, angry, or discourteous individuals as part of the job requirements? | 40 Every day<br>28 Once a week or more but not every day<br>18 Once a month or more but not every week<br>14 Once a year or more but not every month |
| **Importance of Being Exact or Accurate** — How important is being very exact or highly accurate in performing this job? | 35 Extremely important<br>34 Very important<br>13 Important<br>17 Fairly important |
| **Spend Time Making Repetitive Motions** — How much does this job require making repetitive motions? | 44 Continually or almost continually<br>19 More than half the time<br>11 About half the time<br>19 Less than half the time |

[back to top](#)

## Job Zone    Save Table ([XLS](#)/[CSV](#))

| | |
|---|---|
| **Title** | Job Zone Two: Some Preparation Needed |
| **Education** | These occupations usually require a high school diploma. |

|  |  |
|---|---|
| Related Experience | Some previous work-related skill, knowledge, or experience is usually needed. For example, a teller would benefit from experience working directly with the public. |
| Job Training | Employees in these occupations need anywhere from a few months to one year of working with experienced employees. A recognized apprenticeship program may be associated with these occupations. |
| Job Zone Examples | These occupations often involve using your knowledge and skills to help others. Examples include orderlies, counter and rental clerks, customer service representatives, security guards, upholsterers, and tellers. |
| SVP Range | (4.0 to < 6.0) |

back to top

## Education

| Percentage of Respondents | Education Level Required |
|---|---|
| 43 | High school diploma or equivalent ❓ |
| 37 | Less than high school diploma |
| 16 | Some college, no degree |

back to top

## Credentials



back to top

## Interests    Save Table (XLS/CSV)

All 6 displayed (3 important)

| Occupational Interest | Interest |
|---|---|
| 78 | **Conventional** — Conventional occupations frequently involve following set procedures and routines. These occupations can include working with data and details more than with ideas. Usually there is a clear line of authority to follow. |
| 78 | **Enterprising** — Enterprising occupations frequently involve starting up and carrying out projects. These occupations can involve leading people and making many decisions. Sometimes they require risk taking and often deal with business. |
| 56 | **Realistic** — Realistic occupations frequently involve work activities that include practical, hands-on problems and solutions. They often deal with plants, animals, and real-world materials like wood, tools, and machinery. Many of the occupations require working outside, and do not involve a lot of paperwork or working closely with others. |
| 45 | **Social** — Social occupations frequently involve working with, communicating with, and teaching people. These occupations often involve helping or providing service to others. |
| 17 | **Artistic** — Artistic occupations frequently involve working with forms, designs and patterns. They often require self-expression and the work can be done without following a clear set of rules. |
| 6 | **Investigative** — Investigative occupations frequently involve working with ideas, and require an extensive amount of thinking. These occupations can involve searching for facts and figuring out problems mentally. |

back to top

## Work Styles    Save Table (XLS/CSV)

10 of 16 displayed (16 important)

| Importance | Work Style |
|---|---|
| 90 | **Dependability** — Job requires being reliable, responsible, and dependable, and fulfilling obligations. |
| 90 | **Self-Control** — Job requires maintaining composure, keeping emotions in check, controlling anger, and avoiding aggressive behavior, even in very difficult situations. |
| 84 | **Integrity** — Job requires being honest and ethical. |
| 82 | **Attention to Detail** — Job requires being careful about detail and thorough in completing work tasks. |
| 78 | **Cooperation** — Job requires being pleasant with others on the job and displaying a good-natured, cooperative attitude. |
| 77 | **Social Orientation** — Job requires preferring to work with others rather than alone, and being personally connected with others on the job. |
| 75 | **Stress Tolerance** — Job requires accepting criticism and dealing calmly and effectively with high-stress situations. |
| 74 | **Concern for Others** — Job requires being sensitive to others' needs and feelings and being understanding and helpful on the job. |
| 71 | **Adaptability/Flexibility** — Job requires being open to change (positive or negative) and to considerable variety in the workplace. |
| 69 | **Independence** — Job requires developing one's own ways of doing things, guiding oneself with little or no supervision, and depending on oneself to get things done. |

[back to top]

## Work Values    Save Table (XLS/CSV)

All 6 displayed (2 important)

| Extent | Work Value |
|---|---|
| 72 | **Relationships** — Occupations that satisfy this work value allow employees to provide service to others and work with co-workers in a friendly non-competitive environment. Corresponding needs are Co-workers, Moral Values and Social Service. |
| 50 | **Independence** — Occupations that satisfy this work value allow employees to work on their own and make decisions. Corresponding needs are Creativity, Responsibility and Autonomy. |
| 39 | **Support** — Occupations that satisfy this work value offer supportive management that stands behind employees. Corresponding needs are Company Policies, Supervision: Human Relations and Supervision: Technical. |
| 28 | **Recognition** — Occupations that satisfy this work value offer advancement, potential for leadership, and are often considered prestigious. Corresponding needs are Advancement, Authority, Recognition and Social Status. |
| 22 | **Achievement** — Occupations that satisfy this work value are results oriented and allow employees to use their strongest abilities, giving them a feeling of accomplishment. Corresponding needs are Ability Utilization and Achievement. |
| 22 | **Working Conditions** — Occupations that satisfy this work value offer job security and good working conditions. Corresponding needs are Activity, Compensation, Independence, Security, Variety and Working Conditions. |

[back to top]

## Related Occupations    Save Table (XLS/CSV)

All 10 displayed

| | |
|---|---|
| 35-3023.00 | Fast Food and Counter Workers |
| 39-3011.00 | Gambling Dealers |
| 39-3012.00 | Gambling and Sports Book Writers and Runners |
| 41-1011.00 | First-Line Supervisors of Retail Sales Workers |

| | | |
|---|---|---|
| 41-2012.00 | Gambling Change Persons and Booth Cashiers | 🔆 Bright Outlook |
| 41-2031.00 | Retail Salespersons ☀ | |
| 43-3041.00 | Gambling Cage Workers ☀ | |
| 43-4081.00 | Hotel, Motel, and Resort Desk Clerks ☀ | |
| 51-3011.00 | Bakers | |
| 51-3021.00 | Butchers and Meat Cutters | |

back to top

## Wages & Employment Trends

| | |
|---|---|
| **Median wages (2020)** | $12.00 hourly, $24,960 annual |
| **State wages** | Select a State  [Go] |
| **Local wages** | ZIP Code: ____  [Go] |
| **Employment (2020)** | 492,300 employees |
| **Projected growth (2020-2030)** | ▪▪▪▪ Much faster than average (15% or higher) |
| **Projected job openings (2020-2030)** | 111,300 |
| **State trends** | Select a State  [Go] |
| **Top industries (2020)** | Accommodation and Food Services (80% employed in this sector) |
| | (see all industries) |

Source: Bureau of Labor Statistics 2020 wage data ⧉ and 2020-2030 employment projections ⧉. "Projected growth" represents the estimated change in total employment over the projections period (2020-2030). "Projected job openings" represent openings due to growth and replacement.

back to top

## Job Openings on the Web



back to top

## Sources of Additional Information

 All 6 displayed

**Disclaimer:** Sources are listed to provide additional information on related jobs, specialties, and/or industries. Links to non-DOL Internet sites are provided for your convenience and do not constitute an endorsement.

- National Restaurant Association ⧉
- Occupational Outlook Handbook: Bartenders ⧉
- Service Employees International Union ⧉
- TIPS ⧉
- UNITE HERE ⧉
- United States Bartenders' Guild ⧉

back to top