#### IN THE UNITED STATES DISTRICT COURT
#### WESTERN DISTRICT OF TEXAS
#### AUSTIN DIVISION

| | |
|---|---|
| RESTAURANT LAW CENTER, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF LABOR, ET AL., <br><br> Defendants. | Civil Action No. 21-1106 |

### CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Restaurant Law Center discloses that it has no parent corporation, and no publicly held corporation owns more than 10% of its stock.

Respectfully submitted,

By: /s/ Greta Ravitsky

| | |
|---|---|
| ANGELO I. AMADOR (motion for admission *pro hac vice* forthcoming) <br> RESTAURANT LAW CENTER <br> 2100 L Street, N.W., Suite 700 <br> Washington, D.C.  20036 <br> Tel:  202.331.5913 <br> Fax: 202.973.3952 <br> AAmador@restaurant.org | PAUL DECAMP (motion for admission *pro hac vice* forthcoming) <br> EPSTEIN, BECKER & GREEN, P.C. <br> 1227 25th Street, N.W., Suite 700 <br> Washington, D.C.  20037 <br> Tel:  202.861.1819 <br> Fax: 202.861.3571 <br> PDeCamp@ebglaw.com |

<div style="display: flex;">
<div>

GRETA RAVITSKY  
EPSTEIN, BECKER & GREEN, P.C.  
Two Houston Center  
909 Fannin, Suite 3838  
Houston, Texas  77010  
Tel:  713.300.3215  
Fax: 713.300.3235  
GRavitsky@ebglaw.com  

</div>
<div>

BRIAN SPANG (motion for admission  
　*pro hac vice* forthcoming)  
KATHLEEN BARRETT (motion for admission  
　*pro hac vice* forthcoming)  
EPSTEIN, BECKER & GREEN, P.C.  
227 West Monroe, Suite 3250  
Chicago, Illinois 60606  
Tel:  312.499.1400  
Fax: 312.827.9562  
BSpang@ebglaw.com  
KBarrett@ebglaw.com  

</div>
</div>

*Counsel for Plaintiffs*

December 3, 2021