# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| RESTAURANT LAW CENTER, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF LABOR, ET AL., <br><br> Defendants. | Civil Action No. 21-1106 |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Texas Restaurant Association discloses that it has no parent corporation, and no publicly held corporation owns more than 10% of its stock.

Respectfully submitted,

By: /s/ Greta Ravitsky

| | |
|---|---|
| ANGELO I. AMADOR (motion for admission *pro hac vice* forthcoming) <br> RESTAURANT LAW CENTER <br> 2100 L Street, N.W., Suite 700 <br> Washington, D.C. 20036 <br> Tel: 202.331.5913 <br> Fax: 202.973.3952 <br> AAmador@restaurant.org | PAUL DECAMP (motion for admission *pro hac vice* forthcoming) <br> EPSTEIN, BECKER & GREEN, P.C. <br> 1227 25th Street, N.W., Suite 700 <br> Washington, D.C. 20037 <br> Tel: 202.861.1819 <br> Fax: 202.861.3571 <br> PDeCamp@ebglaw.com |

GRETA RAVITSKY
EPSTEIN, BECKER & GREEN, P.C.
Two Houston Center
909 Fannin, Suite 3838
Houston, Texas  77010
Tel:  713.300.3215
Fax: 713.300.3235
GRavitsky@ebglaw.com

BRIAN SPANG (motion for admission
　*pro hac vice* forthcoming)
KATHLEEN BARRETT (motion for admission
　*pro hac vice* forthcoming)
EPSTEIN, BECKER & GREEN, P.C.
227 West Monroe, Suite 3250
Chicago, Illinois 60606
Tel:  312.499.1400
Fax: 312.827.9562
BSpang@ebglaw.com
KBarrett@ebglaw.com

*Counsel for Plaintiffs*

December 3, 2021