IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

**FILED**
December 22, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____Julie Golden_____
DEPUTY

RESTAURANT LAW CENTER and
TEXAS RESTAURANT ASSOCIATION,

    Plaintiffs,

v.

UNITED STATES DEPARTMENT OF
LABOR; MARTIN J. WALSH, *Secretary of the United States Department of Labor, in his official capacity;* and JESSICA LOOMAN, *Acting Administrator of the Department of Labor Wage and Hour Division, in her official capacity*,

    Defendants.

§§§§§§§§§§§§§§§§

1:21-CV-1106-RP

## ORDER

Before the Court is Plaintiffs Restaurant Law Center and Texas Restaurant Association's Motion for Preliminary Injunction and Request for Expedited Consideration. (Dkt. 12).

**IT IS ORDERED** that the parties appear by telephone for a scheduling conference on this motion on **December 23, 2021 at 9:00 a.m**. The parties are directed to use the below dial-in information:

    **Please call in 5 minutes prior to start of conference.**

    1. Toll free number: 888-363-4735
    2. Access code: 3948919

If there are questions regarding the conference, the parties should contact Julie Golden, Courtroom Deputy, at julie_golden@txwd.uscourts.gov.

**SIGNED** on December 22, 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE