# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| RESTAURANT LAW CENTER AND TEXAS RESTAURANT ASSOCIATION,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES DEPARTMENT OF LABOR; MARTIN J. WALSH, *Secretary of the United States Department of Labor, in his official capacity*; AND JESSICA LOOMAN, *Acting Administrator of the Department of Labor Wage and Hour Division, in her official capacity,*<br><br>　　　　Defendants. | Civil Action No. 1:21-cv-01106-RP |

## PLAINTIFFS' NOTICE OF APPEAL

Pursuant to Rules 3(a)(1) and 4(a)(1)(A) of the Federal Rules of Appellate Procedure, Plaintiffs the Restaurant Law Center and the Texas Restaurant Association give this notice of appeal to the United States Court of Appeals for the Fifth Circuit from the order denying Plaintiffs' Emergency Motion for Preliminary Injunction entered in this case on February 22, 2022.  *See* ECF 27.  The Court of Appeals has jurisdiction pursuant to 28 U.S.C. § 1292(a)(1).

Respectfully submitted,

By: /s/ Paul DeCamp

| | |
|---|---|
| ANGELO I. AMADOR (admitted *pro hac vice*)<br>RESTAURANT LAW CENTER<br>2100 L. Street, N.W., Suite 700<br>Washington, D.C. 20036<br>Tel:   202.331.5913<br>Fax:   202.973.3952<br>AAmadaor@restaurant.org | PAUL DECAMP (admitted *pro hac vice*)<br>EPSTEIN BECKER & GREEN, P.C.<br>1227 25th Street, N.W, Suite 700<br>Washington, D.C.  20037<br>Tel:   202.861.1819<br>Fax:   202.861.3571<br>PDeCamp@ebglaw.com |
| GRETA RAVITSKY<br>EPSTEIN BECKER & GREEN, P.C.<br>700 Louisiana Street<br>Suite 3950<br>Houston, Texas  77002<br>Tel:   713.300.3215<br>Fax:   713.300.3235<br>GRavitsky@ebglaw.com | KATHLEEN BARRETT (admitted *pro hac vice*)<br>EPSTEIN BECKER & GREEN, P.C.<br>227 West Monroe Street, Suite 3250<br>Chicago, Illinois  60606<br>Tel:   312.499.1400<br>Fax:   312.845.1998<br>KBarrett@ebglaw.com |

*Counsel for Plaintiffs*

March 1, 2022

**CERTIFICATE OF SERVICE**

I, Paul DeCamp, an attorney, hereby certify that on March 1, 2022, I caused a copy of the foregoing **PLAINTIFFS' NOTICE OF APPEAL** to be filed with the clerk of the court, using the court's CM/ECF System.  Notification of such filing will be sent to the following party:

Johnny H. Walker
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W., Room 12304
Washington, D.C.  205330
johnny.walker@usdoj.gov

                                                                /s/  Paul DeCamp