FILED
April 04, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: ____Julie Golden____
DEPUTY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

RESTAURANT LAW CENTER, *et al.*,

*Plaintiffs,*

v.

U.S. DEPARTMENT OF LABOR, *et al.*,

*Defendants.*

Civil Action No. 21-1106 (RP)

**ORDER**

Upon consideration of the parties' joint motion for a scheduling order, it is hereby ORDERED that the motion is GRANTED.

It is further ORDERED that the following schedule shall govern:

| | |
|---|---|
| March 31, 2022: | Defendants shall file a certified list of the contents of the administrative record and serve on Plaintiffs any record documents not available online |
| April 22, 2022: | Plaintiffs shall file a motion for summary judgment. |
| May 13, 2022: | Defendants shall file their opposition and cross-motion for summary judgment. |
| May 27, 2022 | Plaintiffs shall file their reply and opposition. |
| June 13, 2022 | Defendants shall file their reply. |
| June 27, 2022 | The parties shall submit a joint appendix of cited material in the administrative record. |

It is SO ORDERED.

Dated: 04/04/2022

ROBERT PITMAN
United States District Judge