IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| RESTAURANT LAW CENTER *and* <br> TEXAS RESTAURANT ASSOCIATION, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF LABOR; JULIE A. SU, *Acting Secretary of the United States Department of Labor, in her official capacity;* and JESSICA LOOMAN, *Acting Administrator of the Department of Labor Wage and Hour Division, in her official capacity*, <br><br> Defendants. | § § § § § § § § § § § § § § § § § | 1:21-CV-1106-RP |

## FINAL JUDGMENT

On this date, the Court entered an order granting Defendants' motion for summary judgment and dismissing Plaintiffs' claims. As nothing remains to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**IT IS FURTHER ORDERED** that each party bear its own costs.

**SIGNED** on July 6, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE