**FILED**
August 08, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____klw_____
DEPUTY

# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 08, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-50565   Rest Law Ctr v. LABR USDC
                    No. 1:21-CV-1106 RP

The court has taken the following action in this case:

   This case is being dismissed as erroneously docketed.

Sincerely,

LYLE W. CAYCE, Clerk

*Melissa Mattingly*
By: _____
Melissa V. Mattingly, Deputy Clerk
504-310-7719

Mr. Angelo Amador
Ms. Kathleen Barrett
Mr. Paul DeCamp
Mr. Philip Devlin
Mr. Daniel M. Riess
Ms. Jennifer Utrecht